Submitted on remand from the Oregon Supreme Court May 1, affirmed
July 9, 2003

In the Matter of the Compensation of
Larry D. Huff, Claimant.

NORTHWEST SPAS, INC.,
and Farmers Insurance Company,
*Petitioners,*

*v.*

Larry D. HUFF,
*Respondent.*

99-07085; A110411

72 P3d 967

Peter C. Davis and Cavanagh & Zipse for petitioners.

Michael D. Callahan and Callahan & Stevens for respondent.

Before Landau, Presiding Judge, and Armstrong and Brewer, Judges.

PER CURIAM

Affirmed. *SAIF v. Lewis,* 335 Or 92, 58 P3d 814 (2002).